James Edgar Brown, appellee, v. Charles E. Bartley, appellant. Gen. No. 26,780.

Action for professional legal services in procuring a reduction of taxes for defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Hugh O'Neill, for appellant. Henry R. Rathbone and James Edgar Brown, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Anna S. Adams, appellant, v. Walgreen Company, appellee. Gen. No. 26,794.

Action for the value of a hat and jade pin accidentally left in defendant's restaurant and lost. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Worth E. Caylor, for appellant. McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Emily D. Day and Levis W. Minford, trading as Bennett-Day & Company, appellants, v. Reid, Murdoch & Company, appellee. Gen. No. 26,815.

Action for the purchase price and for loss of profits on raisins sold to plaintiffs by defendant which plaintiffs refused to accept because not of the quality contracted for. Amended claim for loss on sale of the raisins and for loss of profits, stricken from the files and suit dismissed. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed December 30, 1921. Rehearing denied January 10, 1922.

Warner H. Robinson, for appellants; George H. Grear, of counsel. Petit, Cummings & Colson, for appellee; Edmund S. Cummings and H. G. Colson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Dan Radice, appellee, v. Theodore Karawidas, appellant. Gen. No. 26,821.

Action for balance due on a building contract and for extras furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed December 30, 1921.

Israel Cowen, for appellant. Maximilian J. St. George, for appellee.

Mr. Justice Barnes delivered the opinion of the court.